UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRANDON WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00030 |
| | § | |
| COMBE INCORPORATED, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On June 13, 2019, the Plaintiff and the Defendants filed a Joint Stipulation of Dismissal Without Prejudice (Dkt. 31) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 17th day of June, 2019.

_____
George C. Hanks Jr.
United States District Judge